578

No. 180. AMERICAN SURETY CO. ET AL. *v.* CONROY. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Louis L. Dent* for petitioners. *Mr. Charles C. Spencer* for respondent.

No. 181. PRATT FOOD CO. *v.* GEO. H. LEE CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Augustus B. Stoughton* for petitioner. *Mr. T. Hart Anderson* for respondent.

No. 182. AETNA LIFE INSURANCE CO. *v.* BRAUKMAN. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Elmer L. Brock, E. R. Campbell,* and *Milton Smith* for petitioner. *Mr. Clarence A. Brandenburg* for respondent.

No. 184. NEW ENGLAND MUTUAL LIFE INSURANCE CO. *v.* BRAUKMAN. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Wm. W. Grant, Jr., Morrison Shafroth,* and *Henry W. Toll* for petitioner. *Mr. Clarence A. Brandenburg* for respondent.

No. 185. WASHBURN ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Watson Washburn* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.